FILED
Jeffrey A. Apperson, Clerk
MAY 15 2007
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

Defense proposed instruction regarding buy/sell relationship:

The mere purchase or sale of drugs does not in itself establish a conspiracy (to distribute) and the government must further demonstrate other elements of conspiracy including the agreement. Evidence of a mere buyer/seller relationship alone does not support a conspiracy conviction. ~~[struck out]~~

L. Wyrodick

US v. Martinez
(430 F. 3d 317
6th, 2005)

US v. Anderson
89 F. 3d 1306
(6th, 1996)

US v. Cole
(59 Fed Appx 696)